MAX NADELL, Respondent, v. HARRY STOFF et al., Copartners Doing Business under the Name of UNITED SERVICE FLAG COMPANY, Appellants, and HARRY

STOFF et al., Copartners Doing Business under the Name of UNITED SERVICE FLAG COMPANY, Impleaded Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.